UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: 23213 91 CIV

Ytdareus T. McIntyre
(Write the full name of the plaintiff)

vs.

A. Vital (MDCR)
marco (MDCR)
_____
_____

(Write the full name of the defendant/s in this case)

FILED BY __MC__ D.C.

AUG 30 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**I. Party Information**

A. Plaintiff: Ytdareus T. McIntyre

Address: _____

Inmate/Prison No.: 210136888

Year of Birth: 1997 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: A. Vital       Defendant: Marco
Official Position: Officer (C.O.)   Official Position: Officer (C.O.)
Place of Employment: MDCR     Place of Employment: MDCR

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes.

Attach additional pages, if necessary.

1) A. Vital, May 25, 22, 6 a-wing a deliberate indifference to a serious medical need where the Plaintiff was stabbed in the chest by (1) inmates and the officers delay in requesting medical attention contributed to my ~~caused serious~~ internal bleeding resulting in open heart surgery

2) Officer Marco, May 25, 22, 6 a-wing a deliberate indifference to a serious medical need where the Plaintiff was stabbed in the chest by (1) inmates and the officers delay in requesting medical attention contributed to my ~~caused serious~~ internal bleeding resulting in open heart surgery

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I am requesting monetary damages for depravation of eight Amendment constitutional rights cruel and unusual punishment. Pain and suffering mentally and physically, anxiety and depression also PTSD. I am requesting Pro-bono lawyer. I am also requesting termination of all officers who were on shift for 6-A-wing and who were indifferent to my medical need because of these listed statements relief requested should be granted

## IV. Jury Demand

On May 25, 2022 during the 11pm to 7am shift around the time of 2:00 am I was a victim of an aggravated assault and battery with a deadly weapon by (Unknown Inmates) within the housing unit. (I was assaulted by 3 unknown inmates) I was (jumped by 2 inmates and stabbed by 1 inmate). The Details of this is on camera. Enough time had passed from the beginning of the altercation to the point where the officers finally came to serve breakfast to the unit. If the officers would have been making their regular scheduled 30 min check they would have known that an altercation had taken place. The officers entered the cell to serve breakfast and I informed them that I was in fear of my life and they responded by shackling me to a bench they never asked me why I'm in fear of my life, I was shackled to the bench for about 20 mins. in A-wing which is a form of punishment. The corp came to ask me to pick out an inmate card that I was in fear of at the time I couldn't remember. I sat shackled to the bench for about 15 additional mins as they continued to pass out breakfast trays. (Officer Marco) came and took me to B-wing and shackled me down to the bench, as I was sitting on the bench there were other inmates throwing water on me from a diffrent cell, suffering cruel and unusual punishment. I sat shackled for about 20 mins until officer Vital made his check, I informed (officer Vital) that I was in need of medical attention and he told me to wait. I sat shackled to the bench until officer Vital made his next scheduled check

that's when I told (A.Vetai) for a second time that I Need medical attention and he again told me to wait Which is him abandoning his Perfessional Duty by not inquiring the matter. I sat on the bench not knowing that I was suffering from Internal bleeding for an additional (10) mins. Until (officer marco) came and walked me to the elevator. I had assumed that he was escorting me to the clinic but he was taking me to the fifth floor because the officers had relocated me rather than assist me with receiving medical attention. I began to argue with (officer Marco) about me being in the need of serious medical attention, that I was stabbed in the chest. (officer marco) ignored my complaint and took me back to the sixth floor stating that he did not have time for my situation. Once re-entering the sixth floor I began to argue with the booth tech, marco, and other officer of my serious medical need. They told me I was Lying and that I should have Informed them Initially of my Injury. The booth tech also made a statement suggesting that they may have witnessed the altercation. On camera the booth tech stated " You didn't have all that energy with them N*ggas you was In the cell with". About (10) mins passed until another female guard assisted me to the clinic.

X Y̶u̶  X Y/Jarcus McIntyre
       Jail # 210136880

P.2

Once I arrived to the clinic, Medical assistance were ill equiped to treat my injuries. After examination of the injury the nurse decided that I had to be transported to Jackson memorial hospital. I was handcuffs and was directed to sit on the bench while suffering from my injuries almost losing conctousness trying to sit on the bench. The officer then took me to the main lobby holding cell for about an hour maybe longer waiting for transportation, I waited so long that shift change was taking place before transportation arrived. After an officer came to transport me they took me to the rear lobby, handcoffed my wrist and ankles and then procceeded to take me a correctional van instead of an ambulance of fire rescue. Once inside the van I then was taken to Jackson memorial hospital. once at the hospital Me and two officers waited in the lobby waiting to be seen. once seen by the doctors they decided that I had to be rush into surgery where they performed an open heart surgery. once i waken up the doctors and nurses who help perform the surgery came to talk with me and explained the seriousness of the injury. one Doctor stated "I'm lucky to be alive, any longer I would of died I'm also lucky to be after, because 90% do not survive the injury I withstood". I am now being housed in the same facility where the attack occured, the Miami dade Pre-trial Detention center. x JM  x Yidarean McIntyre
                                                                Jail # 210136888

Are you demanding a jury trial? ✓ Yes ___ No

Signed this August day of 27, 2023

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: _____

_____
Signature of Plaintiff

Adareus McIntyre #210136882
Miami/Dade County
Pretrial Detention Center
1321 NW 13th Street
Miami, FL 33125

The Pre-Trial Detention Center
1321 NW 13th Street
Miami, FL 33125

MIAMI FL 330
28 AUG 2023 PM 2 L



Clerks office
United States District Court
Southern District of Florida
400 North Miami Avenue, 8N09
Miami, FL 33128-7716

33128-180549



REC'D BY___

AUG 30 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT