# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

YIDAREUS T. MCINTYRE
   Plaintiff,

v.                             Case No. 23-cv-21391-RLR

CORRECTIONAL OFFICER A. VITAL, et al.,
   Defendants.
_____/

FILED BY MC D.C.
MAR 01 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## PLAINTIFF'S MOTION FOR LEAVE OF COURT TO AMEND THE SECOND AMENDED COMPLAINT

Plaintiff, YIDAREUS T MCINTYRE, Pro Persona, pursuant to Fed. R. Civ. P. 15(a)(2) moves this Honorable Tribunal for leave to file an Amended Complaint in response to the Defendant's "Alex Vital's Motion to Dismiss the Second Amended Complaint" and in support of such submits:

1. Plaintiff filed a Complaint initiating this action on April 12, 2023. Following two (2) orders from this Court to amend, Plaintiff filed the operative Second Amended Complaint which asserts claims pursuant to 42 U.S.C. §1983 against Officer Vital and "Officer Marco" for deliberate indifference to his serious medical needs.

2. Defendants filed "Alex Vital's Motion to Dismiss the Second Amended Complaint" on January 31, 2024 raising three (3) grounds for dismissal, to wit: 1. Officer Vital is entitled to qualified immunity; 2. The Second Amended Complaint fails to plausibly allege that Officer Vital violated McIntyre's constitutional rights; and, 3. The Second Amended Complaint fails to show that Officer Vital's conduct violated clearly established law. (See, Defendants Rule 12(b)(6) Motion to Dismiss)

3. The Plaintiff reminds this Honorable Court that Courts have generally held Pro Se Complaints to less stringent standards than formal pleadings drafted by lawyers. See, Haines v. Kerner, 404 U.S. 519, 520-21 (1972). The lenient treatment of the Pro Se Reading is fully applicable to the instant request to amend in furtherance of conservation of judicial resources now, and later, and moves the Court to allow the lay Plaintiff the

"Full And Fair" Opportunity To Demonstrate, With The Necessary Language And Authority Relied Upon, The Civil Complaint In Whom Raise Constitutional Question's Cognizable Under 48 U.S.C. §1983 As Intended, Now With Revelation Of The Language And Maxim Of Law, The Plaintiff's Ignorance Has Been Remedied To Some Degree And May Be Now Able To "State A Claim" In Colorful Language By Exposing Detail, Thought To Have Been Of No Significance, Which Readily Makes Plain The Precise Contours Of His "At Law And Injunctive" Claims.

4. Keeping With The Legislative Intent Of Rule 15(a)(2), Plaintiff Claims, In The Interest Of Justice, Comity, And Morals That "The Court Should Freely Give Leave When Justice So Requires" And In The Instant Case, Of Which The Plaintiff Almost Lost His Life Due To Lax, Unconstitutional, Arbitrary Treatment By An Officer Under The Shield And Collar Of Authority Related And Founded By Federal Constitutional Principles And Policies, The Scale's Of Justice Tip In Favor Of Furnishing The Lay Litigant Leave To Articulate A Well Rounded And Competent Delineation Of True And Correct Facts Meriting Relief Via Federal Judicial Procedure. See, Bell Atl. Corp. v. Twombly, 550 US 544, 570 (2007) Holding That The Court Does Not Have:

> "License To Serve As De Facto Counsel For A Party, Or To
> Re-Write An Otherwise Deficient Pleading In Order
> To Sustain An Action."

Rather, A Complaint Must Contain "Sufficient Factual Matter, Accepted As True, To State A Claim For Relief That Is Plausible On It's Face." See, Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009) (Quoting Twombly, 550 U.S. At 570).

5. Plaintiff Submits To This District Court That He Intends To Fully Utilize What Limited Research Resources And Scheduled "Call-Out" Time Available In Pursuit Of Presenting Reasonable, Meritorious And Complete Litigation During The Course Of These Proceedings As To Better The Relationships Between All Parties In Hopes Of A Fair, And Impartial Adversarial Testing Process With The Foremost Objective Of Upholding The Fundamental Components Of The Federal Constitution As All Officer's Have Sworn To Uphold. Please Bear With The Incarcerated Plaintiff As He Will Give It His All.

6. Plaintiff Further, In Pursuance Of Furnishing The Proposed "Third (3rd) Amended Complaint", There Exist's Extraordinary Circumstances Regarding Plaintiff And The Fl.D.O.C. Staff Which Has Left Plaintiff In A Deleterious Standing Concerning Possession And Retention Of The Hard-Copy Original Instrument Drafted And

ii

Filed by the Petitioner, Pro Se, titled "Second Amended Complaint" and due to such an additional motion for relief is purported hereby for the Court's assistance from the Clerk in ordering said Honorable Clerk to furnish a print-out copy of the operative "Second Amended Complaint" for the Plaintiff's personal file and to provide the specific enumeration of the alleged facts so as to plead the amendment with precision in light of the instrument, fact-for-fact, on all fours with said operative claim pending as of now, founding the action at issue. See Fed R Civ P. 8(a)

7. In as much as has been displayed hereby and the reasons and law recited thereupon, the Plaintiff makes his humble prayer for relief requesting this Court grant: 1. Leave to amend Plaintiff's "Second Amended Complaint"; And; 2. Issue an order directing the Clerk furnish a print-out copy of the operative "Second Amended Complaint" for adequate amendment thereto, conforming to, and on one accord with, the active complaint's enumerated facts, with or without costs for duplication and forwarding by U.S. Mail, in the interest of justice, comity and judicial resource and ethics.

WHEREFORE, the Pro Se Plaintiff pray's this solemn station of judicial process under the authority of 28 USC§§ 29§332(c)(1) grant the Plaintiff the leave requested and the provision incorporated herein, to wit: Issue an order commanding the Honorable Clerk duplicate a print-out hard copy of the "Second Amended Complaint" and furnish by service per U.S. Mail for the proper amending thereto, forthwith, and without delay toward the prompt and efficient disposition of the action claimed.

Respectfully Submitted,

Pro Se
Yidareus T. McIntyre #S50859
Martin C.I.
1150 S.W. Allapatah Road
Indiantown FL. 34956

iii

## OATH

I Declare Under Penalty Of Perjury That The Foregoing Facts And Instrument Is True And Correct. Executed This 25 Day Of February 2024.

## CERTIFICATE OF SERVICE

I Certify That A True And Correct Copy Of The Foregoing Has Been Furnished To Fl. DOC Officials For Mailing To: U.S. Dist Ct. Sthn Dist Fla; 400 North Miami Fla. 33128, U.S. Courthouse; And, Zach Vosseler, A.C.A., 111 N.W. First St, Suite 2810 Miami Fl. 33128 On This 25 Day Of February 2024

Authorized Signature For
Oath & Certificate Of Service.

Pro Se
Yisareus T. McIntyre #550859
Martin C.I.
1150 S.W. Allapattah Road
Indiantown Fl. 34956

WEST PALM BCH FL 334

27 FEB 2024 PM 3 L

Ysoarees T. McIntyre # 950857
Martin Correctional Institution
1150 S.W. Allapattah Road.
Indiantown Fl. 34956

District Court, Federal
Southern District
400 North Miami Avenue
Miami, Fla. 33128-7716

33128-771699

Legal Mail
2-25-2024

REC'D BY _____ D.C.
MAR 01 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI