PROVIDED TO MARTIN CORRECTIONAL INSTITUTION ON [date] FOR MAILING

PS/1 Y,M

United States District Court
Southern District of Florida

Case nr# 23-CV-21391-Rosenberg

Yadareus T. McIntyre
Plaintiff,

V.

Correctional officer Marc,
Defendant.

FILED BY MC D.C.
SEP 23 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA - MIAMI

Request for court assistance in Acquiring Medical Records and Video Footage as Evidence

In reference to me obtaining Evidence to support my claim, I humbly request help "To" and assist me the Plaintiff Yadareus T. McIntyre in acquiring my medical records from Jackson Memorial Hospital 1611 NW 12th Ave Miami, FL 33136 (I the Plaintiff give consent and permission) for the courts to get such records on May 25, 2022 where I had to undergo "open heart surgery" at Jackson Memorial hospital.

(2) I humbly request that the courts help and assist me the Plaintiff Yadareus T. McIntyre in acquiring the video footage from (Miami-Dade Pretrial Detention center 1321 NW 13th Street Miami, FL 33125) and from (Miami Dade corrections & Rehabilitation Department of central records unit, 3505 NW 107th Ave Doral, FL 33178)

(2a) The video will show that on May 25, 2022 I the Plaintiff Vedarces T. McIntyre was housed on the 6th floor in unit "6a3" where approximately around 2:30 a.m. 3:00 A.m I was jumped, and then stabbed. after informing officers I was in fear for my life, I was cuffed to the bench in both the "6a-wing and 6B-wing" the medical records and video will be sufficient enough to back up my claim that I have brought forth.

(3) Parties may obtain discovery regarding any Non privileged matter that is relevant to any part's claim or defense and proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties relative access to relevant information, the parties resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit

(3a) on motion to compel discovery or for a protective order, the party from whom discovery is sought must show that information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause considering the limitations of Rule 26(b)(2)(c).

Pg.2

(4) Although the certification duty requires the Lawyer or unrepresented party to Pause and consider the reasonableness of his request, response, or objection, It is not meant to discourage or restrict necessary and legitimate discovery. The rule simply requires that the attorney make a reasonable inquiry into the factual basis of his response, request, or objection.

(5) The Plaintiff reminds this honorable court that Courts have generally held Pro se complaints to less stringent standards than formal Pleadings Drafted by Lawyers, see, Haines v. Kerner, 404 US 519, 529 et (1972). The Lenient treatment of the Pro se reading is fully applicable to the instant request to acquire "evidence" in furtherance of conservation of Judicial resources, now and later, and moves this court to allow the Lay Plaintiff the "full and fair" opportunity to Demonstrate, the civil complaint in whom I rose constitutional questions (courts) under 48 USC § 1983 as intended. Now with revolution of the Language and making of Law, the Plaintiff ignorance has been remedied to some Degree.

(5a) Plaintiff submits to this courts that he intends to fully utilize what limited resources and scheduled "call out" time available in Pursuant of Presenting Reasonable, Meritorious and complete Litigation. During the course of these proceedings as to better the relationships between all parties in hopes of ~~fair unbiased adversarial testing process with the foremost objective of upholding the~~ fundamental components of the federal constitution as all officers have sworn to

uphold. Please Bear with the <u>incarcerated</u> Plaintiff as he gave it his all.

Wherefore, The pro se Plaintiff prays this solemn station of judicial process under the authority of 28 USC § 1332(c)(1) grant the Plaintiff, Request for court assistance in acquiring Medical records and video footage of incident and the Provision incorporated herein, To wit: Issue an order commanding the honorable clerk to request and/or subpeona those in my first paragraph and furnish by service per US. Mail for evidence hereto, forthwith, and without Delay to ward the prompt and efficient Disposition of the action claimed.

Respectfully submitted

/s/ Pro se
Yidarous T. McIntyre
#550859 Martin C.I.
1150 S.W. Allapatah Road
Indiantown, FL 34956

Pg 3

## Oath

I Declare under Penalty of Perjury that the foregoing Act(s) and instrument is true and correct. Executed on this 16 Day of September 2024.

## Certificate of Service

I certify that a true and correct copy of the foregoing has Been Furnished to FL. Doc. officals for mailing to: US. Distct Strn Dist Fla; 400 North miami avenue, miami, fl US courthouse. on this 16 Day of september 2024

Authorized signature for          Pro se
oath & certificate of service    Ysdareus T. McIntyre #S50839
                                 Martin C.I.
                                 1150 S.W. Allapattah Road
                                 Indiantown, FL 34956

Yidareos T. McIntyre #350859
Martin C.I.
1150 SW AllaPatah Road
Indian town, FL 34956

RECEIVED LEGAL MAIL D.C.
SEP 23 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

PROVIDED TO MARTIN CORRECTIONAL INSTITUTION ON 9/10/24 FOR MAILING

United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

33128-771899

WEST PALM BCH FL 334
18 SEP 2024 PM
FIRST-CLASS

ZIP 34956
02 7H
0006199740
US POSTAGE (IM) PITNEY BOWES
$ 000.69⁰
SEP 18 2024