UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-21391-ROSENBERG/REID

YIDAREUS T. MCINTYRE,

    Plaintiff,

v.

CORRECTIONAL OFFICER MARC,

    Defendant.

_____/

**ORDER GRANTING PLAINTIFF'S REQUEST FOR COURT ASSISTANCE IN ACQUIRING MEDICAL RECORDS AND VIDEO FOOTAGE AS EVIDENCE**

    This matter is before the Court on Plaintiff Yidareus T. McIntyre's, an incarcerated *pro se* litigant, Request for Court Assistance in Acquiring Medical Records and Video Footage as Evidence. [ECF No. 55].

    Yidareus T. McIntyre ("Plaintiff" or "McIntyre") requests that the Court assist him in retrieving his medical records from Jackson Memorial Hospital, located at 1611 N.W. 12th Avenue, Miami, Florida 33136, regarding a surgery he underwent on May 25, 2022. [*Id.* at 1].

    McIntyre also requests that the Court help him retrieve video recordings from the Miami-Dade Pretrial Detention Center and the Miami-Dade Correction and Rehabilitation Department of Central Records Unit. [*Id.*]. He alleges that the footage depicts him being assaulted and stabbed, ostensibly by correctional officers, "after informing officers [that he] was in fear for [his] life." [*Id.* at 2] (alteration added).

    Given that the State of Florida failed to respond in opposition to this Motion, *see* [ECF No. 57], and McIntyre's requested medical records and video recordings are at least facially relevant

1

and proportional to the needs of his civil rights case, *see* Fed. R. Civ. P. 26(b)(1), it is **ORDERED AND ADJUDGED** that his Motion [ECF No. 55] is **GRANTED**. To the extent that the Defendant has the requested medical documents and video recordings Plaintiff requests, Defendant shall produce the documents to Plaintiff.

**SIGNED** this 17th day of October, 2024.

LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc:   **U.S. District Chief Judge Robin L. Rosenberg**; and
      **All Counsel of Record**