PROVIDED TO MARTIN
CORRECTIONAL INSTITUTION
ON 9/8/24
FOR MAILING

FILED BY _____ D.C.

OCT 30 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

United States District Court
Southern District of Florida

Yedareus I. McIntyre                    Case No# 23-cv-21391-R
Plaintiff                               Rosenberg

Correctional officer marc
Defendant

FILED FOR RECORD
2024 SEP 26 AM 9:3

## Rule 26(a)(1)(a) Initial Disclosure

Plaintiff Yedareus I. McIntyre, Pro Persona, Pursuant to Fed. R. Civ. P 26(a)(1)(a) Moves this honorable tribunal for Initial Disclousures

(A) The name and address of the individual to have discoverable information are: 1) Miami Dade corrections & Rehabilitation Department Central records unit, 3505 NW 107th ave Doral, FL 33178)
2) Miami Dade county Pre-trial Detention center 1321 NW 13th street Miami, FL 33125)
3) Jackson memorial hospital, 1611 NW 12th ave Miami, FL 33136)

(AA) Miami Dade corrections & Rehabilitation Department Central records unit have video that is Electronically stored and tansible in it's possession.
2a) The video shows that on May 25, 2022 between the hours of 2:30 am - 7:00 am the plaintiff

OCT 31 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Yidarcus T. McIntyre housed on the 6ᵗʰ floor inside
Unit "6a3" where I was getting jumped and then
stabbed inside the unit. The video will show Me
the Plaintiff cuffed to the A-wing bench during
Breakfast after being stabbed inside The unit
for an enormous amout of minutes If Not hours.
Video will then show Me getting transported to the
6-B wing bench cuffed for another enormous amount
of minutes if Not hours where I got water thrown
on me. You will then see Me stop and talking
to officer A.vital where I ask him for Medical
attention by a Nurse and or Doctor. Also in the video
you will see officer Marc come to transport me.
as me and officer marc enter the elevator waes will see
Me and officer marc arguing about My medical needs
then officer marc taking me back to the 6ᵗʰ floor
e/c.

2B) Miami Dade county Pre-trial Detention center
will have video and other records, documents of the
incident That occurred on May 25, 2022. The video will
Show the same thing as described in "2a)" because
that is where the incident occured at Miami Dade
Pre-trial Detention center

2c) Jackson Memorial hospital has records, documents
and Electronically stored information about Me Plaintiff
Yidarcus T. McIntyre having "Open heart surgery" on
May 25, 2022

(iii) Physical damage - (2.2 Million) - I can't Physically fully use my body and can't pick up 25 pounds, or exercise. I have mass pain thruogut my chest area and being in prison I can not fully protect myself.

• Mental damage - (800,025) - I think everybody is out to hurt me, I keep having flashbacks of the incident. I have Nightmares and barely sleep.

• disability damage (230,527) - Not fully Physically able to use my chest muscle can not pick up over 25 Pounds

• PtSD - (2.7 Million) - Very traumatized by the incident that occured. Keep having Flashbacks, Nightmares, can't sleep, can't stop thinking about situation.

• a compliication of ($5.4 Million)

(iiii) Rule 26 (a)(1)(B) is amended to parallel Rule 34(a) by recognizing that a party must disclose Electronically stored information as well as documents that it may use to support its claim or defenses.

• Discoverable information often exists in both Papper and electronic form, and the same or similiar information might exist in both. The items listed in rule 34(a) show different ways in which information may be recorded or stored. Images for example might be hard-copy documents or electrotically stored information. Rule 34(a)(1) is intended to be broad enough to cover all current types of computer-based information.

and flexible enough to encompass future changes and developments.

(V) The Plaintiff reminds this honorable court that courts have generally held pro se complaints to less stringent standards than formal pleadings drafted by lawyers. See Haines v Kerner, 404 US 519, 520-21 (1972). The lenient treatment of the Pro Se Pleading is fully applicable to the insta initial Disclosure in furtherance of conservation of judicial resources now, and later, and moves the court to allow the lay Plaintiff the "full and fair" opportunity to demonstrate, with the necessary language and authority relies upon, the civil complaint in whom I constitutional questions constitute under 48 USC §1483 as intended

(VI) Plaintiff submits to the district court that he intends to fully utilize what limited research resources and scheduled "call out" time available in pursuit of presenting reasonable, meritorious and complete litigation during the course of these Proceedings as to better the relationships between all parties in hopes of a fair and impartial Adversarial testing process with the foremost objective of upholding the fundamental components of the federal constitution as all officers have sworn to uphold, Please bear with the incarcerated Plaintiff as he will give it his all.

Respectfully submitted

Yidarews T. McIntyre #S50859

Martin C.I  1150 S.w Allapatah Rd

Indiantown, FL 34956

## Oath

I Declare Under puntaly of Perjury that the forgoing facts and instrument Is true and correct. Executed this 5 Day of September 2024

## Certificate of Service

I certify that a true and correct copy of the foregoing has Been Furnished to FL Doc officials for Mailing to: US. District. 5thn Dist FLa; 400 North Miami avenue  Miami, FL 33128, U.S. courthouse; and, Zach Vossler, A.C.A, 111 NW First St, Suite 2810 Miami, FL 33128 on this 5 day of September 2024

Authorized Signiture For _____ Pro se
Oath & certificate of Service, Yidareus T. McIntyre
#S50859
Martin C.I.
1150 S.W. Allapatah Road
Indiantown FL, 34956

JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT AND COMPTROLLER
MIAMI-DADE COUNTY
TRAFFIC AND MISDEMEANOR DIVISION
1351 N.W. 12TH STREET # 8500
MIAMI, FL 33125
CLK/CT. 971 Rev. 07/23   ♻ Printed on Recycled Paper

Wilkie D. Ferguson, Jr. Federal Cou
400 N. Miami Avenue
Room 8
Miami, Florida 33128-1801

OOB  IAG36B3  3

PRSRT FCM  10/28/2024

REC'D BY_____D.C.

OCT 3 0 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA - MIAMI

