United States District Courts
Southern District of Florida

Yadarcus T. McIntyre           Case # 23-CV-21391-RLR
        Plaintiff
V.
Correctional Officer Marc,
Defendant

FILED BY MC D.C.
OCT 30 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Response to Defendant Motion
for Judgement

I Plaintiff Yadarcus T. McIntyre, is sending this to the Courts to respond to the Defendant's Victor Marc's Motion for Judgment on the Pleadings"

Defendant V. Marc raises arguments about me the plaintiff not Exhausting all my administrative remedies under the PLRA act, when in fact I was at the time not a prisoner or in prison when this incident happen. I was in the "county jail".
Therefore the "PLRA act" does not apply to the plaintiff in the county jail, the "grievance exhaustion is complete once you raised issue with the county" which plaintiff did. also see (Whatley v. Wagen) (11th cir. case)
Also in the inmate handbook it says you have to write or start grievance process within 10 days of incident and I couldn't because I was in the hospital from 5/25/2022 - 6/11/2022.

## Oath

I Declare under the Penalty of Perjury that the foregoing facts and instrument is true and correct, executed this 28 day of October 2024

## Certificate of Service

I certify that a true and correct copy of the foregoing has been furnished to be placed options for mailing to US District SFTD DST RLR, 400 North Miami Ave FL, 33128 on this 28 day of October 2024

Yiderw McIntyre
#S50859
Martin C.I.
1150 Sw Allapatah Road
Indiantown, FL 34956

Y. Darcus McIntyre
550859
1150 SW Allapatah Road
Indiantown, FL 34956

WEST PALM BCH FL 334
28 OCT 2024 PM 3 L

Legal mail
10-28-2024

United States District Court Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

33128-180199



REC'D BY _____ D.C.
OCT 30 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI