# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 13, 2025

FILED BY ___AP___ D.C.

**Jun 13, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 25-10751-J
Case Style: Yidareus McIntyre v. A. Vital, et al
District Court Docket No: 1:23-cv-21391-RLR

The referenced appeal was dismissed.

Enclosed herewith is a copy of this court's order reinstating the appeal.

The parties have 14 days from the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, **if any**, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to refile the motion.

Clerk's Office Phone Numbers
General Information:    404-335-6100    Attorney Admissions:              404-335-6122
Case Administration:    404-335-6135    Capital Cases:                    404-335-6200
CM/ECF Help Desk:       404-335-6125    Cases Set for Oral Argument:      404-335-6141

REINST-1 Court Order Reinstatement

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10751

_____

YIDAREUS T. MCINTYRE,

                                                                                                       Plaintiff-Appellant,

*versus*

STATE OF FLORIDA, et al.,

                                                                                                        Defendants,

A. VITAL,
Correctional Officer,
VICTOR MARC,
a.k.a. Marco,
MIAMI DADE CORRECTIONS AND
REHABILITATION DEPARTMENT,

2            Order of the Court            25-10751

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:23-cv-21391-RLR

_____

Before BRANCH and LAGOA, Circuit Judges.

BY THE COURT:

    The motion to reinstate filed by the Appellant(s) is hereby GRANTED. The parties have 14 days after the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, if any, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to re-file the motion.